# THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF NORTH CAROLINA
# ASHEVILLE DIVISION
# CIVIL CASE NO. 1:15-cv-00016-MR-DLH

| | |
|---|---|
| KRISTIN PARKER, )<br>)<br>Plaintiff, )<br>)<br>vs. )<br>)<br>)<br>TRANSYLVANIA COUNTY, )<br>TRANSYLVANIA COUNTY ANIMAL )<br>CONTROL, PAUL VIS, DAVID )<br>BLACKWELL, ERIC OWEN, )<br>CHARLES BYRD, and JOHN/JANE )<br>DOE, )<br>)<br>Defendants. )<br>_____ ) | **ORDER OF REMAND** |

**THIS MATTER** is before the Court on the Defendants' Motion to Dismiss [Doc. 2], the Plaintiff's Amended Complaint [Doc. 3], and the Plaintiff's Motion to Remand [Doc. 4].

The Defendants removed this action on January 29, 2015 on the basis of federal question jurisdiction. [Doc. 1]. On February 2, 2015, the Defendants moved to dismiss the Plaintiff's action pursuant to Rule 12(b) of the Federal Rules of Civil Procedure. [Doc. 2]. On February 13, 2015, the Plaintiff filed an Amended Complaint, eliminating the sole claim which

formed the basis for federal question jurisdiction.[1]  [Doc. 3].  The Plaintiff now moves to remand this action.  [Doc. 4].  The Defendants do not oppose the Plaintiffs' request for remand.  [Id.].

In light of the Plaintiff's filings, the Court hereby enters the following Order.

**O R D E R**

**IT IS, THEREFORE, ORDERED** that the Defendants' Motion to Dismiss [Doc. 2] is **DENIED AS MOOT**.

**IT IS FURTHER ORDERED** that the Plaintiff's Motion to Remand [Doc. 4] is **GRANTED**, and this action is hereby **REMANDED** to the Transylvania County General Court of Justice, Superior Court Division.

The Clerk of Court is respectfully directed to provide a certified copy of this Order to the Transylvania County Superior Court Clerk.

**IT IS SO ORDERED.**

Signed: February 16, 2015

Martin Reidinger
United States District Judge

---

[1] The Plaintiff filed her Amended Complaint pursuant to Rule 15(a)(1)(B) of the Federal Rules of Civil Procedure, which allows a plaintiff to file an amended complaint once as of right within twenty-one days of service of a motion to dismiss pursuant to Federal Rule of Civil Procedure 12(b).